The People of the State of New York, Respondent, v James Jacobs, Appellant.

Submitted April 11, 2005; decided April 28, 2005

Motion for assignment of counsel granted and Laura Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Elvis Lopez, Appellant.

Submitted April 25, 2005; decided April 28, 2005

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Appellant, v Christopher Rodriguez, Respondent.

Submitted April 4, 2005; decided April 28, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.